UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTEBAN GARCIA,

Plaintiff,

v.

LEW THOMPSON & SON TRUCKING, INC.,

Defendant.

No. 2:25-cv-03747-DAD-CSK

ORDER REMANDING ACTION TO THE STANISLAUS COUNTY SUPERIOR COURT PURSUANT TO THE PARTIES' JOINT STATUS REPORT

(Doc. No. 12)

On August 31, 2026, the parties filed a joint status report agreeing to the remand of this action to the Stanislaus County Superior Court, where this action was originally filed. (Doc. No. 12.) Accordingly, pursuant to the parties' joint status report and good cause appearing, this action is REMANDED to the Stanislaus County Superior Court. All future dates and deadlines set in this action, if any, are hereby VACATED. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 7, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE